SANDRA R. BROWN
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOSEPH T. MCNALLY (Cal. Bar No. 250289)
SCOTT D. TENLEY (Cal Bar No. 298911)
ASHWIN JANAKIRAM (Cal. Bar No. 277513)
Assistant United States Attorneys
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-2829
     Facsimile: (714) 338-3561
     E-mail:    scott.tenley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 14-034-JLS |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST FOR ENTRY OF PERSONAL MONEY JUDGMENT OF FORFEITURE |
| v. | |
| MICHAEL D. DROBOT, | Sentencing Date: 01/12/2018<br>Sentencing Time: 9:30 a.m.<br>Location: Courtroom of the Hon. Josephine L. Staton |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Joseph T. McNally, Scott D. Tenley, and Ashwin Janakiram, and defendant Michael D. Drobot, both individually and by and through his counsel of record, Terree A. Bowers, hereby stipulate and request that the Court enter the proposed personal money judgment of forfeiture,

lodged concurrently herewith, in the amount of $10,000,000 against defendant Michael D. Drobot ("defendant").

The parties' stipulation and request is made on the following grounds:

1. On February 20, 2014, defendant entered into a plea agreement in the case captioned <u>United States v. Michael D. Drobot</u>, No. SA CR 14-034-JLS, pursuant to which he agreed to plead guilty to conspiracy, in violation of 18 U.S.C. § 371, and Payment of Kickbacks in Connection with a Federal Health Care Program, in violation of 42 U.S.C. § 1320a-7b(b)(2)(A). (CR 7.)

2. Pursuant to his plea agreement, defendant agreed to forfeit all "right title, and interest" in assets "derived from or acquired as a result of, or used to facilitate the commission of, defendant's illegal activities." (<u>Id.</u> at ¶ 3(a).) Defendant further agreed "[t]o the Court's entry of an order of forfeiture at or before sentencing with respect to these assets and to the forfeiture of the assets." (<u>Id.</u> at ¶ 3(b).)

3. The entry of a judgment of forfeiture is specifically authorized by Rule 32.2 of the Federal Rules of Criminal Procedure and is part of the defendant's sentence. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4. In entering into this stipulation and request, defendant expressly waives the requirements of Federal Rules of Criminal Procedure 32.2. and 43(a) regarding notice of forfeiture in the charging instrument, pronouncement of forfeiture at sentencing, and incorporation of forfeiture in the personal money judgment of forfeiture. Defendant further agrees to immediate entry of the

1  Judgment, and that the personal money judgment of forfeiture shall
2  become final as to him upon entry.
3       5.   In entering into this stipulation and request, defendant
4  knowingly, voluntarily, and intelligently waives any right he may
5  have had to challenge entry of the personal money judgment of
6  forfeiture based upon the Excessive Fines Clause of the Eighth
7  Amendment to the United States Constitution.
8       6.   Accordingly, defendant stipulates and agrees to the entry
9  of personal money judgment of forfeiture against defendant in the
10 amount of $10,000,000 (ten million dollars), which sum defendant
11 admits defendant obtained, received, and possessed as a result of
12 violations of 18 U.S.C. § 371 and 42 U.S.C. § 1320a-7b(b), and which
13 judgment defendant agrees can be enforced against any assets owned by
14 defendant.  Defendant agrees to satisfy the personal money judgment
15 of forfeiture, at least in part, as follows:
16            a.   By a date agreed to by the parties, pay the USAO the
17 sum of $300,000 by ACH deposit pursuant to instructions to be
18 provided by the USAO.
19            b.   Within fourteen days of the execution of this
20 stipulation, to the extent such liens are not already in place, place
21 liens in the favor of the USAO on all properties in Oregon owner by
22 defendant (collectively, the "Oregon properties").  By a date agreed
23 to by the parties, sell the Oregon properties and pay all net
24 proceeds (gross proceeds less taxes, costs, and other normal and
25 customary costs associated with the sale) to the USAO by ACH deposit
26 pursuant to instructions to be provided by the USAO.
27            c.   By a date agreed to by the parties, sell defendant's
28 1965 Aston Martin, 1958 Porsche, and 1971 Mercedes Benz, and pay the

1  proceeds to the USAO by ACH deposit pursuant to instructions to be
2  provided by the USAO.
3      7.  The USAO shall notify the Court upon defendant's
4  satisfaction of this personal money judgment of forfeiture.
5      8.  The parties respectfully request that the Court enter the
6  parties' proposed personal money judgment of forfeiture in the form
7  attached hereto.

Dated: January 5, 2018          Respectfully submitted,

                                SANDRA R. BROWN
                                Attorney for the United States,
                                Acting Under Authority Conferred by
                                28 U.S.C. § 515

                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division


                                        /s/
                                JOSEPH T. MCNALLY
                                SCOTT D. TENLEY
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

Dated: January 5, 2018

                                MICHAEL D. DROBOT
                                Defendant


Dated: January 5, 2018          ARENT FOX LLP

                                TERREE A. BOWERS

                                Attorney for Defendant MICHAEL D.
                                DROBOT