UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 14-00034-JLS |
|---|---|
| Plaintiff, | PERSONAL MONEY JUDGMENT OF FORFEITURE |
| v. | |
| MICHAEL D. DROBOT, | |
| Defendant. | |

Pursuant to the Stipulation and request of the parties filed in this matter on January 5, 2018, the Court hereby finds and orders as follows:

1. On February 20, 2014, defendant entered into a plea agreement in the case captioned United States v. Michael D. Drobot, No. SA CR 14-034-JLS, pursuant to which he agreed to plead guilty to conspiracy, in violation of 18 U.S.C. § 371, and Payment of Kickbacks in Connection with a Federal Health Care Program, in violation of 42 U.S.C. § 1320a-7b(b)(2)(A).  (CR 7.)

2. Pursuant to his plea agreement, defendant agreed to forfeit all "right title, and interest" in assets "derived from or acquired as a result of, or used to facilitate the commission of, defendant's

illegal activities." (Id. at ¶ 3(a).)  Defendant further agreed "[t]o the Court's entry of an order of forfeiture at or before sentencing with respect to these assets and to the forfeiture of the assets." (Id. at ¶ 3(b).)

3.   The entry of a judgment of forfeiture is specifically authorized by Rule 32.2 of the Federal Rules of Criminal Procedure and is part of the defendant's sentence.  Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4.   Pursuant to the stipulation, defendant expressly waived the requirements of Federal Rules of Criminal Procedure 32.2. and 43(a) regarding notice of forfeiture in the charging instrument, pronouncement of forfeiture at sentencing, and incorporation of forfeiture in the personal money judgment of forfeiture.  Defendant further agreed to immediate entry of the Judgment, and that the personal money judgment of forfeiture shall become final as to him upon entry.

5.   A personal money judgment of forfeiture in the amount of $10,000,000.00 (ten million dollars) is HEREBY ENTERED in favor of the United States of America against defendant Michael D. Drobot, subject to the following terms:

   a.   By a date agreed to by defendant and the United States Attorney's Office ("USAO"), pay the USAO the sum of $300,000 by ACH deposit pursuant to instructions to be provided by the USAO.

   b.   By January 19, 2018, to the extent such liens are not already in place, enter liens in the favor of the USAO on all properties in Oregon owner by defendant (collectively, the "Oregon properties").  By a date agreed to by defendant and the USAO, sell

the Oregon properties and pay all net proceeds (gross proceeds less taxes, costs, and other normal and customary costs associated with the sale) to the USAO by ACH deposit pursuant to instructions to be provided by the USAO.

        c.   By a date agreed to by defendant and the USAO, sell defendant's 1965 Aston Martin, 1958 Porsche, and 1971 Mercedes Benz, and pay the proceeds to the USAO by ACH deposit pursuant to instructions to be provided by the USAO.

    6.   This personal money judgment of forfeiture is part of the sentence imposed on defendant in this case.

    7.   This Court shall retain jurisdiction for the purpose of enforcing this personal money judgment of forfeiture. The government shall notify the Court upon defendant's satisfaction of his obligations under this judgment.

    IT IS SO ORDERED.

January 10, 2018
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE